**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **WILLIAM MELVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 8:11-cv-2542-SCB-TGW** |
| **v.** | ) | |
| | ) | |
| **BLITZ U.S.A., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated by and between the undersigned counsel for the respective parties that this cause has been amicably settled, and that this action be dismissed with prejudice with each party to bear its own costs.

DATED this 14th day of May, 2014.

Respectfully submitted,

*/s/ Stacey L. Dungan*
Stacey L. Dungan, Esq.
Admitted *Pro Hac Vice*
BRENEMAN DUNGAN, LLC
929 Walnut, Suite 800
Kansas City, Missouri 64106
Telephone: 816.421.0114
Facsimile: 816.421.0112
sd@litigationkc.com
*Attorney for Plaintiff William Melvin*

*/s/ Brian T. Guthrie*
Angela M. Seaton, Esq.
Brian T. Guthrie, Esq.
SHOOK HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
813/202-7100
Fax: 813/221-8837
aseaton@shb.com

bguthrie@shb.com
*Attorneys for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Wal-Mart Stores East, L.P.*

Scott W. Sayler
Mark C. Hegarty
Douglas S. Beck
Adrienne L. Hernandez
SHOOK HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
816/474-6550
Fax: 816/421-5547
ssayler@shb.com
mhegarty@shb.com
dbeck@shb.com
ahernandez@shb.com
*Attorneys for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Wal-Mart Stores East, L.P.*

Jeffrey P. Hubbard
Stacey Strain
HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC
1062 Highland Colony Parkway
Suite 222
Ridgeland, MS
39157
hubbard@hubbardmitchell.com
strain@hubbardmitchell.com *Attorneys for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Wal-Mart Stores East, L.P.*

**CERTIFICATE OF SERVICE**

I certify that on 14th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the Case Management ECF system which will send notice of such filing to all attorneys of record.

_/s/ Stacey L. Dungan________